UNITED STATES DISTRICT COURT

Northern District of California

COUNTY OF SONOMA,

          Plaintiff,

  v.

GLOBAL DISCOVERIES LTD., et al.,

          Defendants.
_____/

No. C 10-2448 MEJ

**ORDER CONTINUING CMC**

The Court is in receipt of the parties' Joint Case Management Statement, filed September 2, 2010. (Dkt. #11.) Good cause appearing, the Court hereby CONTINUES the case management conference to December 9, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge