MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
   Facsimile:  (415) 436-7234
   Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL DISCOVERIES, LTD., UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No.  CV 10-2448 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      IT IS HEREBY STIPULATED by and between plaintiff County of Sonoma and defendants Global Discoveries, LTD., and United States of America, through undersigned counsel, that the case management conference currently scheduled for Thursday, December 9, 2010, be continued for approximately 90 days.  The parties contend that a continuance of the case management conference is appropriate because the other potential claimants to the funds that the United States recently served  have yet to enter an appearance in the case.   One of these claimants, Steven Bibler, has advised through counsel that he does not intend to pursue his claim to the funds.  The other potential claimant, Diamond A Ranchers Association, has yet to enter an appearance in this action.  If no timely responsive pleadings are filed in this action on behalf of

1  these parties on or about December 17, 2010, the government intends to seek a default judgment
2  against their interest.

5  DATED: 12/3/2010                        /S/   *Stephanie Hinds*
                                           STEPHANIE M. HINDS
6                                          Assistant United States Attorney
                                           Attorney for Defendant United States of
7                                          America

8  DATED: 12/02/2010                        /S/   *C. Daniel Carroll*
9                                          C. DANIEL CARROLL
                                           Attorney for Defendant
10                                         Global Discoveries, LTD.

11 DATED: 12/03/2010                        /S/   *Steven S. Shupe*
                                           STEVEN S. SHUPE
12                                         Deputy County Counsel
                                           Attorney for Plaintiff County of Sonoma

15                    ~~[PROPOSED]~~ ORDER RE CONTINUANCE

16     Upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED
17 that the case management conference in the above-captioned action currently scheduled for
18 Thursday, December 9, 2010, is vacated. The conference is rescheduled for
19 April 7, 2011 at 10:00 a.m.                .

21 DATED: December 3, 2010
                                           _____
22                                         MARIA ELENA JAMES
                                           United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE CMC
CV 10-2448 MEJ                                                                              2