IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA, | No. C 10-02448 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| GLOBAL DISCOVERIES, LTD., et al., | |
|     Defendants._____/ | |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.  The hearing noticed for Thursday, April 21, 2011 is vacated.

Dated: 3/15/2011

                                                    /s/ Claudia Wilken
                                      CLAUDIA WILKEN
                                      United States District Judge

cc: Sue