C. Daniel Carroll, Esq., SBN 105375
McCANN & CARROLL
2755 Jefferson Street, Suite 211
Carlsbad, California 92008-1715
(760) 729-3400
(760) 729-4808
cdc@DanCarrollLaw.com

Attorneys for Defendants GLOBAL DISCOVERIES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL DISCOVERIES, LTD.; DIAMOND A RANCHOWNER'S ASSOCIATION; UNITED STATES OF AMERICA; STEVEN D. BIBLER; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV-10-2448 [MEJ] CW |

**STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT**

THE PARTIES STIPULATE TO ENTRY OF JUDGMENT AS FOLLOWS:

**RECITALS**

1. This Stipulation for Entry of Judgment is entered into by and between Plaintiff COUNTY OF SONOMA ["the COUNTY"], and Defendants GLOBAL DISCOVERIES, LTD. ["GLOBAL"], DIAMOND A RANCHOWNER'S ASSOCIATION ["DIAMOND"], and the UNITED STATES OF AMERICA ["USA"] (collectively, "the Parties").

2. This interpleader case arises out of the tax sale, by the COUNTY of Sonoma County Tax Assessor's Parcel Number 064-260-014 on August 28, 2008. After payment of outstanding taxes, fees, and costs, there remained the sum of $477,705.22 ("Excess Proceeds") which the COUNTY was, pursuant to *California Revenue and Taxation Code*, Section 4675 ["Section 4675"], charged with disbursing to parties of interest, as defined in said statute.

3. The following claims to the Excess proceeds were filed with the COUNTY pursuant to Section 4675(a):

   A. GLOBAL filed a claim as assignee of Administrative Systems Corporation, a Nevada corporation, in the amount of $477,705.22, based upon an ownership interest in the Property.

   B. GLOBAL also filed a claim as assignee of Realtec, Ltd, a foreign corporation organized under the laws of the British Virgin Islands, in the amount of $422,705.22, based upon a lien interest in the Property.

   C. DIAMOND filed a claim in the amount of $4,100.00. based upon an assessment lien interest in the Property.

   D. The USA filed a claim in the amount of $422,705.22, based upon a lien interest in the Property arising from a Judgment in a Criminal Case dated July 8, 2004 and filed July 9, 2004 in the U.S. District Court for the Northern District of California in Case No. CR 01-0325-01 VRW.

   E. Steven D. Bibler filed a claim as assignee of Thomas Eck III, in the amount of $422,705.22, based upon an ownership interest in the Property. Thereafter, Steven D. Bibler voluntarily withdrew his claim.

4. Because the COUNTY was unable to determine from the claims filed the respective rights and interests of the claimants to the excess proceeds, the COUNTY filed an action in

McCANN & CARROLL
2755 Jefferson St., Ste. 211
Carlsbad, CA 92008
(760) 729-3400

1  interpleader in Sonoma County Superior Court Case No. SCV247102 ["the State Court action"], and
2  paid the excess proceeds into the Clerk of the Sonoma County Superior Court.

3      5.    The USA removed the State Court action to the United States District Court for the
4  Northern District of California, Case No. Case No. CV-10-2448 ["the Federal Court action"] on
5  June 3, 2010. However, the excess proceeds remained on deposit with the Clerk of the Sonoma
6  County Superior Court.

7      6.    GLOBAL and the USA have appeared and answered the Interpleader.

8      7.    Defendants DIAMOND and Steven D. Bibler did not appear or answer the
9  Interpleader. Therefore, the defaults of Defendants DIAMOND and Steven D. Bibler were
10 requested by counsel for the USA, and were entered by the United States District Court for
11 the Northern District of California on March 3, 2011.

12     8.    The DOE Defendants have been dismissed.

13     9.    The COUNTY is entitled to its costs and reasonable attorney's fees herein, but
14 otherwise claims no interest in the Excess Proceeds.

15     10.    Notwithstanding the Court's entry of the default of DIAMOND, the parties
16 hereto desire to pay DIAMOND's claim as a part of this Stipulation for Entry of Judgment
17 and Judgment.

18     11.    This Stipulation resolves the entire action as to all parties and all causes of action.

19 **STIPULATION**

20 **IT IS STIPULATED** by and between the COUNTY, GLOBAL, and the USA as follows:

21     12.    This Court shall enter its Judgment disbursing the Excess Proceeds as follows:

22     (A)    The Clerk of the Sonoma County Superior Court shall pay exactly $3,500.00
23 of the Excess Proceeds to the COUNTY as reimbursement of its attorney's fees and costs incurred
24 in this matter. The check shall be made payable to "County of Sonoma" and shall be mailed to the
25 COUNTY's attorney at the following address:

26     Steven S. Shupe, Esq.
    Sonoma County Counsel
27     575 Administrative Drive, Room 105A
    Santa Rosa, California 95403
28

McCANN & CARROLL
2755 Jefferson St., Ste. 211
Carlsbad, CA 92008
(760) 729-3400

(B) The Clerk of the Sonoma County Superior Court shall pay the sum of $4,100.00 to DIAMOND. The check shall be made payable to "Diamond A Ranchowners Association" and shall be mailed to the DIAMOND's attorney at the following address:

> Willie Cooper, President
> Diamond A Ranch Owners Association
> P.O. Box 273
> El Verano CA 95433

(C) The Clerk of the Sonoma County Superior Court shall pay the balance of the remaining Excess Proceeds in the amount of $415,105.22 to GLOBAL as the assignee of Realtec, Ltd. The check shall be made payable to "Global Discoveries, Ltd." and shall be mailed to GLOBAL's attorney at the following address:

> C. Daniel Carroll
> McCANN & CARROLL
> 54974 Oak Tree
> La Quinta, California 92253

GLOBAL shall also receive any interest which has accrued on the Excess Proceeds.

(D) The Clerk of the Sonoma County Superior Court shall not disburse any of the Excess Proceeds or any of the interest accrued thereon to Steven D. Bibler or the USA.

13. Except for the obligation imposed by Paragraph 12(A), above, all parties shall bear their own attorney's fees and costs.

14. This Stipulation may be executed in counterparts, and a faxed copy of a signed signature page may be submitted to the Court for the purpose of obtaining the Stipulated Judgment.

15. The undersigned have authority to execute this agreement on behalf of themselves or the party they represent.

Dated: 4-11, 2011

BRUCE D. GOLDSTEIN
County Counsel

By: _____
STEVEN S. SHUPE, Deputy County Counsel,
Attorneys for Plaintiff COUNTY OF SONOMA

| | | |
|---|---|---|
| Dated: April 7, 2011 | | McCANN & CARROLL |
| | By: | */s/ C. Daniel Carroll/* |
| | | C. DANIEL CARROLL, Attorneys for Defendants GLOBAL DISCOVERIES, LTD. |
| Dated: _____, 2011 | | DIAMOND A RANCHOWNER'S ASSOCIATION |
| | By: | _____ |
| | | Willie Cooper, President |
| Dated: 4/7/4, 2011 | | UNITED STATES OF AMERICA |
| | By: | */s/ Stephanie M. Hinds/* |
| | | STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA |

**APPROVED AS TO FORM:**

| | | |
|---|---|---|
| Dated: 4-11, 2011 | | BRUCE D. GOLDSTEIN<br>County Counsel |
| | By: | */s/ Steven S. Shupe/* |
| | | STEVEN S. SHUPE, Deputy County Counsel, Attorneys for Plaintiff COUNTY OF SONOMA |
| Dated: April 7, 2011 | | McCANN & CARROLL |
| | By: | */s/ C. Daniel Carroll/* |
| | | C. DANIEL CARROLL, Attorneys for Defendants GLOBAL DISCOVERIES, LTD. |

| | | |
|---|---|---|
| 1 | Dated: _____, 2011 | McCANN & CARROLL |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>C. DANIEL CARROLL, Attorneys for Defendants GLOBAL DISCOVERIES, LTD. |
| 5 | | |
| 6 | Dated: April 7, 2011 | DIAMOND A RANCHOWNER'S ASSOCIATION |
| 7 | | |
| 8 | | By: _____<br>Willie Cooper, President |
| 9 | | |
| 10 | Dated: _____, 2011 | UNITED STATES OF AMERICA |
| 11 | | |
| 12 | | |
| 13 | | By: _____<br>STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA |
| 14 | | |
| 15 | | |
| 16 | **APPROVED AS TO FORM:** | |
| 17 | | |
| 18 | Dated: _____, 2011 | BRUCE D. GOLDSTEIN<br>County Counsel |
| 19 | | |
| 20 | | |
| 21 | | By: _____<br>STEVEN S. SHUPE, Deputy County Counsel, Attorneys for Plaintiff COUNTY OF SONOMA |
| 22 | | |
| 23 | | |
| 24 | Dated: _____, 2011 | McCANN & CARROLL |
| 25 | | |
| 26 | | |
| 27 | | By: _____<br>C. DANIEL CARROLL, Attorneys for Defendants GLOBAL DISCOVERIES, LTD. |
| 28 | | |

1 | Dated: 4/13/11 , 2011

MELINDA HAAG
United States Attorney for the Northern District of California

By: _____
STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA

# JUDGMENT

The above stipulation of the parties for entry of judgment having been read and considered by the Court, and for good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Clerk of the Sonoma County Superior Court shall disburse the excess proceeds from the tax sale of Sonoma County Tax Assessor's Parcel Number 064-260-014 as follows:

    (A) The Clerk of the Court shall pay exactly $3,500.00 of the Excess Proceeds to the COUNTY as reimbursement of its attorney's fees and costs incurred in this matter. The check shall be made payable to "County of Sonoma" and shall be mailed to the COUNTY's attorney at the following address:

    > Steven S. Shupe, Esq.
    > Sonoma County Counsel
    > 575 Administrative Drive, Room 105A
    > Santa Rosa, California 95403

    (B) The Clerk of the Sonoma County Superior Court shall pay the sum of $4,100.00 to DIAMOND. The check shall be made payable to "Diamond A Ranchowners Association" and shall be mailed to the DIAMOND's attorney at the following address:

    > Willie Cooper, President
    > Diamond A Ranch Owners Association
    > P.O. Box 273
    > El Verano CA 95433

    (C) The Clerk of the Sonoma County Superior Court shall pay the balance of the remaining Excess Proceeds in the amount of $415,105.22 to GLOBAL as the assignee of Realtec, Ltd. The check shall be made payable to "Global Discoveries, Ltd." and shall be mailed to GLOBAL's attorney at the following address:

    > C. Daniel Carroll
    > McCANN & CARROLL
    > 54974 Oak Tree
    > La Quinta, California 92253

GLOBAL shall also receive any interest which has accrued on the Excess Proceeds.

/ / /

1    (C) The Clerk of the Sonoma County Superior Court shall not disburse any of the Excess Proceeds or any of the interest accrued thereon to Steven D. Bibler, or the USA.

  2. Except for the obligations imposed by Paragraph 1(A) of this Judgment, all parties shall bear their own attorney's fees and costs.

Dated: _____ **April 15**_, 2011

_____
United States District Judge

McCANN & CARROLL
2755 Jefferson St., Ste. 211
Carlsbad, CA 92008
(760) 729-3400