UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GLOBAL DISCOVERIES, LTD. *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-02448 CW (LB)<br><br>**ORDER SETTING STATUS CONFERENCE** |

The court **SETS** a status conference for April 21, 2011 at 12:00 p.m. to discuss the motion for default judgment. Parties may appear by telephone.

**IT IS SO ORDERED.**

Dated: April 20, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE
C 10-02448 CW (LB)