C. Daniel Carroll, Esq., SBN 105375
McCANN & CARROLL
54974 Oak Tree
La Quinta, California 92253
(760) 771-0780
(888) 771-0781
cdc@DanCarrollLaw.com

Attorneys for Defendants GLOBAL DISCOVERIES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL DISCOVERIES, LTD.; DIAMOND A RANCHOWNER'S ASSOCIATION; UNITED STATES OF AMERICA; STEVEN D. BIBLER; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV-10-2448 [CW]<br><br>**STIPULATION FOR ENTRY OF CORRECTED JUDGMENT AND CORRECTED JUDGMENT**<br><br>F.R.Civ.P. 60(a) |

THE PARTIES STIPULATE TO ENTRY OF A CORRECTED JUDGMENT PURSUANT TO F.R.CIV.P. 60(a) AS FOLLOWS:

**RECITALS**

1. This Stipulation for Entry of Corrected Judgment is entered into by and between Plaintiff COUNTY OF SONOMA ["the COUNTY"], and Defendants GLOBAL DISCOVERIES, LTD. ["GLOBAL"], DIAMOND A RANCHOWNER'S ASSOCIATION ["DIAMOND"], and the UNITED STATES OF AMERICA ["USA"] (collectively, "the Parties").

2. This interpleader case arose out of the tax sale, by the COUNTY of Sonoma County Tax Assessor's Parcel Number 064-260-014 on August 28, 2008. After payment of outstanding taxes, fees, and costs, there remained the sum of $477,705.22 ("Excess Proceeds") which the COUNTY was, pursuant to *California Revenue and Taxation Code*, Section 4675 ["Section 4675"], charged with disbursing to parties of interest, as defined in said statute.

3. On April 14, 2011, the Parties filed a Stipulation for Entry of Judgment and Judgment ["the Stipulation/Judgment"] which was intended to resolve all issues in the case. The Stipulation/Judgment is identified as the Court's Docket Item 34 in this case.

4. On April 15, 2011, the Court signed the Stipulation/Judgment, and the Stipulation/Judgment was thereafter entered by the Clerk. The Court's signed Stipulation/Judgment is identified as the Court's Docket Item 36 in this case.

5. Recently, the parties have discovered that typographical errors exist in the Stipulation/Judgment regarding the amount of the excess proceeds to be distributed. Specifically, the amount/number $477,705.22 was erroneously typed as $422,705.22 in three (3) places in the Stipulation/Judgment, specifically:

> Page 2, Line 17 of the Stipulation
>
> Page 2, Line 21 of the Stipulation
>
> Page 2, Line 25 of the Stipulation

6. This led to a computational/typographical error in the amount to be disbursed to GLOBAL pursuant to the Stipulation/Judgment. Specifically, the amount to be distributed to GLOBAL was erroneously typed as $415,105.22 in three (3) places in the Stipulation/Judgment,

McCANN & CARROLL
54974 Oak Tree
La Quinta, CA 92253
(760) 771-0780

1 specifically:

Page 4, Line 8 of the Stipulation

Page 7, Line 21 of the Judgment

The correct amount which should have been distributed to GLOBAL pursuant to the Stipulation/Judgment is $470,105.22, representing the $477,705.22 deposited with the Sonoma County Superior Court by the COUNTY, less the $3,500.00 disbursed to the COUNTY as reimbursement of its attorney's fees and costs incurred in this matter, less the $4,100.00 disbursed to DIAMOND as payment of itrs first priority claim [$477,705.22 - $3,500.00 - $4,100.00 = $470,105.22].

7. These typographical errors were recently discovered by GLOBAL. Thereafter, GLOBAL's counsel confirmed with the Clerk of the Sonoma County Superior Court that the Clerk/Court still held $55,000.00 of the funds deposited by the COUNTY in this case. The $55,000.00 still held by the Court represents the difference between the two typographical errors [$477,705.22 - $422,705.22 = $55,000.00, and $470,105.22 - $415,105.22 = $55,000.00].

8. The parties request that the Court correct these typographical errors pursuant to this Stipulation for Entry of Corrected Judgment and Corrected Judgment pursuant to F.R.Civ.P. 60(a) by ordering the Clerk of the Sonoma County Superior Court to disburse the $55,000.00 presently held by the Clerk/Court to GLOBAL.

**STIPULATION**

**IT IS STIPULATED** by and between the COUNTY, GLOBAL, and the USA as follows:

9. (A) The Clerk of the Sonoma County Superior Court has previously disbursed the sum of $3,500.00 to the COUNTY pursuant to the Stipulation/Judgment.

(B) The Clerk of the Sonoma County Superior Court has previously disbursed the sum of $4,100.00 to DIAMOND pursuant to the Stipulation/Judgment.

(C) The Clerk of the Sonoma County Superior Court has previously disbursed the sum of $415,105.22 to GLOBAL pursuant to the Stipulation/Judgment.

(D) The Clerk of the Sonoma County Superior Court holds the sum of $55,000.00 from the Excess Proceeds originally deposited by the COUNTY in Sonoma County Superior Court

McCANN & CARROLL
54974 Oak Tree
La Quinta, CA 92253
(760) 771-0760

1  Case No. SCV247102. Those Excess Proceeds should have been paid to GLOBAL pursuant to the
2  Stipulation/Judgment, but were not due to the typographical errors set forth hereinabove.
3    (E)  The Clerk of the Sonoma County Superior Court shall pay the balance of the
4  remaining Excess Proceeds in the amount of $55,000.00 to GLOBAL. The check shall be made
5  payable to "Global Discoveries, Ltd." and shall be mailed to GLOBAL's attorney at the following
6  address:

    C. Daniel Carroll
    McCANN & CARROLL
    54974 Oak Tree
    La Quinta, California 92253

10   GLOBAL shall also receive any interest which has accrued on the Excess Proceeds.
11   10.  Except as corrected herein, the Stipulation/Judgment shall remain effective in all
12 respects, and the parties are bound thereby.
13   11.  This Stipulation may be executed in counterparts, and a faxed copy of a signed
14 signature page may be submitted to the Court for the purpose of obtaining the Stipulated Judgment.
15   12.  The undersigned have authority to execute this agreement on behalf of themselves
16 or the party they represent.

17 Dated: _____, 2011    BRUCE D. GOLDSTEIN
                County Counsel

By:

STEVEN S. SHUPE, Deputy County Counsel,
Attorneys for Plaintiff COUNTY OF SONOMA

Dated: 12/19/11 (April 7, 2011 struck through)  McCANN & CARROLL

By: /s/ C.D. Carroll
  C. DANIEL CARROLL, Attorneys for
  Defendants GLOBAL DISCOVERIES, LTD.

| | | |
|---|---|---|
| 1 | Dated: 12/14, 2011 | DIAMOND A RANCHOWNER'S ASSOCIATION |
| 2 | | |
| 3 | | By: /s/ Willie Cooper |
| 4 | | Willie Cooper, President |
| 5 | Dated: _____, 2011 | UNITED STATES OF AMERICA |
| 6 | | |
| 7 | | |
| 8 | | By: _____ |
| 9 | | STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA |
| 10 | | |
| 11 | **APPROVED AS TO FORM:** | |
| 12 | Dated: _____, 2011 | BRUCE D. GOLDSTEIN County Counsel |
| 13 | | |
| 14 | | |
| 15 | | By: _____ |
| 16 | | STEVEN S. SHUPE, Deputy County Counsel, Attorneys for Plaintiff COUNTY OF SONOMA |
| 17 | | |
| 18 | Dated: 12/19/11 ~~April 7, 2011~~ | McCANN & CARROLL |
| 19 | | |
| 20 | | /s/ C. Daniel Carroll |
| 21 | | By: _____ C. DANIEL CARROLL, Attorneys for Defendants GLOBAL DISCOVERIES, LTD. |
| 22 | | |
| 23 | Dated: _____, 2011 | MELINDA HAAG United States Attorney for the Northern District of California |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | By: _____ STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA |
| 28 | | |

McCANN & CARROLL
54974 Oak Tree
La Quinta, CA 92253
(760) 771-0780

5

STIPULATION FOR ENTRY OF CORRECTED JUDGMENT AND CORRECTED JUDGMENT

| | |
|---|---|
| Dated: _____, 2011 | DIAMOND A RANCHOWNER'S ASSOCIATION |
| | By: _____<br>Willie Cooper, President |
| Dated: 12/14, 2011 | UNITED STATES OF AMERICA |
| | By: /s/ Stephanie M. Hinds<br>STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA |

**APPROVED AS TO FORM:**

| | |
|---|---|
| Dated: _____, 2011 | BRUCE D. GOLDSTEIN<br>County Counsel |
| | By: _____<br>STEVEN S. SHUPE, Deputy County Counsel, Attorneys for Plaintiff COUNTY OF SONOMA |
| Dated: 12/19/11 ~~April 7, 2011~~ | McCANN & CARROLL |
| | By: /s/ C. Daniel Carroll<br>C. DANIEL CARROLL, Attorneys for Defendants GLOBAL DISCOVERIES, LTD. |
| Dated: 12/14, 2011 | MELINDA HAAG<br>United States Attorney for the Northern District of California |
| | By: /s/ Stephanie M. Hinds<br>STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant UNITED STATES OF AMERICA |

McCANN & CARROLL
54974 Oak Tree
La Quinta, CA 92253
(760) 771-0780

## JUDGMENT

The above stipulation of the parties for entry of judgment having been read and considered by the Court, and for good cause appearing therefor:

**THE COURT FINDS AS FOLLOWS:**

A. On April 14, 2011, the Parties filed a Stipulation for Entry of Judgment and Judgment ["the Stipulation/Judgment"] which was intended to resolve all issues in the case. The Stipulation/Judgment is identified as the Court's Docket Item 34 in this case.

B. On April 15, 2011, the Court signed the Stipulation/Judgment, and the Stipulation/Judgment was thereafter entered by the Clerk. The Court's signed Stipulation/Judgment is identified as the Court's Docket Item 36 in this case.

C. Recently, the parties have discovered that typographical errors exist in the Stipulation/Judgment regarding the amount of the excess proceeds to be distributed. Specifically, the amount/number $477,705.22 was erroneously typed as $422,705.22 in three (3) places in the Stipulation/Judgment, specifically:

> Page 2, Line 17 of the Stipulation
>
> Page 2, Line 21 of the Stipulation
>
> Page 2, Line 25 of the Stipulation

D. This led to a computational/typographical error in the amount to be disbursed to GLOBAL pursuant to the Stipulation/Judgment. Specifically, the amount to be distributed to GLOBAL was erroneously typed as $415,105.22 in three (3) places in the Stipulation/Judgment, specifically:

> Page 4, Line 8 of the Stipulation
>
> Page 7, Line 21 of the Judgment

The correct amount which should have been distributed to GLOBAL pursuant to the Stipulation/Judgment is $470,105.22, representing the $477,705.22 deposited with the Sonoma County Superior Court by the COUNTY, less the $3,500.00 disbursed to the COUNTY as reimbursement of its attorney's fees and costs incurred in this matter, less the $4,100.00 disbursed to DIAMOND as payment of its first priority claim.

McCANN & CARROLL
54974 Oak Tree
La Quinta, CA 92253
(760) 771-0780

STIPULATION FOR ENTRY OF CORRECTED JUDGMENT AND CORRECTED JUDGMENT

E. These typographical errors were recently discovered by GLOBAL. Thereafter, GLOBAL's counsel confirmed with the Clerk of the Sonoma County Superior Court that the Clerk/Court still held $55,000.00 of the funds deposited by the COUNTY in this case. The $55,000.00 still held by the Court represents the difference between the two typographical errors.

F.(i) The Clerk of the Sonoma County Superior Court has previously disbursed the sum of $3,500.00 to the COUNTY pursuant to the Stipulation/Judgment.

(ii) The Clerk of the Sonoma County Superior Court has previously disbursed the sum of $4,100.00 to DIAMOND pursuant to the Stipulation/Judgment.

(iii) The Clerk of the Sonoma County Superior Court has previously disbursed the sum of $415,105.22 to GLOBAL pursuant to the Stipulation/Judgment.

(iv) The Clerk of the Sonoma County Superior Court holds the sum of $55,000.00 from the Excess Proceeds originally deposited by the COUNTY in Sonoma County Superior Court Case No. SCV247102. Those Excess Proceeds should have been paid to GLOBAL pursuant to the Stipulation/Judgment, but were not due to the typographical and/or computational errors set forth hereinabove.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Clerk of the Sonoma County Superior Court shall disburse the remaining $55,000.00 of the Excess Proceeds from the tax sale of Sonoma County Tax Assessor's Parcel Number 064-260-014 to GLOBAL as the assignee of Realtec, Ltd. The check shall be made payable to "Global Discoveries, Ltd." and shall be mailed to GLOBAL's attorney at the following address:

>   C. Daniel Carroll
>   McCANN & CARROLL
>   54974 Oak Tree
>   La Quinta, California 92253

GLOBAL shall also receive any interest which has accrued on the Excess Proceeds.

2. No further disbursements shall be made to the COUNTY, DIAMOND, Steven D. Bibler or the USA.

/ / /

/ / /

3. Except as corrected herein, the Stipulation/Judgment shall remain effective in all respects, and the parties are bound thereby.

Dated: 12/20/2011

_____
CLAUDIA WILKEN
United States District Judge